UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES-GENERAL**

Case No.  CV 12-2683-JVS (PLA)                                            Date  June 8, 2012

Title:   Cynthia Clancy v. Maren Nelson, et al.

---

PRESENT:  THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:
                  NONE                                                                    NONE


**PROCEEDINGS:**          **(IN CHAMBERS)**

Pursuant to this Court's Order of April 5, 2012, plaintiff was ordered to file two copies of the Proof of Service of the Summons and Complaint in this matter showing compliance with the Court's Order within sixty days of the filing of the Complaint, i.e., by May 29, 2012.  To date, the copies of the Proof of Service have not been filed with the Court.  Accordingly, **by June 22, 2012, plaintiff is ordered to show cause** why this case should not be dismissed for failure to follow court orders.  Filing of the two copies of the Proof of Service on or before June 22, 2012, shall be deemed compliance with this Order to Show Cause.


cc:     Cynthia Clancy, Pro Se
        Kevin M. McCormick, Esq.


Initials of Deputy Clerk         ch