O

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

AUG 14 2012

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA CLANCY,<br><br>    Plaintiff,<br><br>vs.<br><br>MAREN NELSON, et al.,<br><br>    Defendants. | Case No. CV 12-2683-VAP (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court accepts the findings and recommendations of the Magistrate Judge.

    IT THEREFORE IS ORDERED that (1) defendant's Motion to Dismiss is granted; (2) plaintiff's Motion for Leave to Amend is denied and plaintiff's federal claims are dismissed without leave to amend; (3) supplemental jurisdiction over plaintiff's state law tort claim is declined and that claim is dismissed without prejudice to plaintiff raising it in state court; and (4) Judgment be entered dismissing this action accordingly.

DATED: Aug 9 2012

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE