JS-6 Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA CLANCY, | Case No. CV 12-2683-VAP (RNB) |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| MAREN NELSON, et al., | |
| Defendants. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: Aug 9 2012

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE