JS-6 Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA CLANCY,<br><br>    Plaintiff,<br><br>vs.<br><br>MAREN NELSON, et al.,<br><br>    Defendants. | Case No. CV 12-2683-VAP (RNB)<br><br>**JUDGMENT** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: Aug 9 2012

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE